#168598

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 MAR 31 A 10:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cartina Canada Draper Corr.
Full name and prison name of
Plaintiff(s)

v.

Warden Leeposey Daniels
Officer Lofton

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:08-CV-236-MHT
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Draper Correctional Center
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Draper Correctional Center Main Hallway

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                         ADDRESS

1. Officer Lofton              P.O. Box 1107 Elmore, Al. 36025
2. Warden Leeposey Daniels   P.O. Box 1107 Elmore, Al. 36025
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  19 February 2008

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Assault III

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 19 February 2008 Inmate Canada was following orders of Officer Johnson to carry cleaning supplies. Officer Lofton stated "What is your sissy ass doing on this hallway?" Before Inmate Canada could answer, officer Lofton grabbed him in the collar and slammed him into the wall

GROUND TWO: Denial of Due Process

SUPPORTING FACTS: Officer Lofton denied Inmate Canada opportunity to speak with Shift Commander to seek resolution to whatever problem there was with Inmate Canada being on the hallway.

GROUND THREE: Discrimination of Sexual Preference

SUPPORTING FACTS: Inmate Canda is a homosexual and Officer Lofton stated, "I do not like sissies." Then Officer Lofton grabbed Inmate Canada a second time and stated, "I will beat your sissy ass."

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Inmate Canada wishes to have Officer Lofton placed on his Enemy List. Inmate Canada also seeks immediate transfer to another ADOC Institution

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3-26-08___.
            (Date)

_____
Signature of plaintiff(s)

Cartina Canada 168348 I-1-1-A
P.O. Box 1107
Elmore AL. 36025

MONTGOMERY AL 361
28 MAR 2008 PM 4 T
02 1M
0004243890   MAR 28 2008
MAILED FROM ZIP CODE 36025

"LET US DARE TO RE
THINK SPEAK AND
John Adams, 1765
Powers of the letter"
41 USA

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711  B007

OFFICE the CLERK
UNITED STATES DISTRICT COURT
DEBRA P. HACKETT, CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711