THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARTINA CANADA, #168 398, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CV-236-MHT |
| ) | [WO] |
| ) | |
| WARDEN LEEPOSEY DANIELS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on May 13, 2008 (Doc. #5), that plaintiff's complaint be dismissed without prejudice for plaintiff's failures to comply with the order of this court and to prosecute this action.

After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of June, 2008.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE