THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARTINA CANADA, #168 398,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　　2:08-CV-236-MHT
　　　　　　　　　　　　　　　　　　)　　　　　　　[WO]
　　　　　　　　　　　　　　　　　　)
WARDEN LEEPOSEY DANIELS,　　　　　)
*et al.,*　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge

(Doc. #5) is adopted and this action is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of June, 2008.


　　　　　　　　　　/s/ Myron H. Thompson　　　
　　　　　　　　UNITED STATES DISTRICT JUDGE